IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnston Jr, Thomas L | Case Number: 06 B 12658 |
|---|---|---|
| | Johnston, Darcell D | Judge: Wedoff, Eugene R |
| | Printed: 10/22/08 | Filed: 10/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 35,916.00 |  |
| Secured: |  | 28,608.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,344.72 |
| Administrative: |  | 3,012.50 |
| Trustee Fee: |  | 1,950.28 |
| Other Funds: |  | 0.00 |
| Totals: | 35,916.00 | 35,916.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 2,500.00 |
| 2. | Nella E Mariani PC | Administrative | 512.50 | 512.50 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | Nissan Motor Acceptance Corporation | Secured | 23,409.27 | 20,545.51 |
| 6. | Capital One Auto Finance | Secured | 22,327.74 | 2,000.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 2,973.94 | 2,973.94 |
| 8. | HomeComings Financial Network | Secured | 3,089.05 | 3,089.05 |
| 9. | Illinois Dept of Revenue | Priority | 2,344.72 | 2,344.72 |
| 10. | Capital One Auto Finance | Unsecured | 2,577.00 | 0.00 |
| 11. | Nephrology Associates | Unsecured | 206.57 | 0.00 |
| 12. | Orthopedic Specialists S.C. | Unsecured | 1,631.48 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 404.31 | 0.00 |
| 14. | Capital One | Unsecured | 936.47 | 0.00 |
| 15. | St Margaret Mercy Hospital | Unsecured | 495.50 | 0.00 |
| 16. | Capital One | Unsecured | 660.50 | 0.00 |
| 17. | Nissan Motor Acceptance Corporation | Unsecured | 6.15 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 2,766.74 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,242.71 | 0.00 |
| 20. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 21. | Applied Card Bank | Unsecured |  | No Claim Filed |
| 22. | Aspire Visa | Unsecured |  | No Claim Filed |
| 23. | Capital One | Unsecured |  | No Claim Filed |
| 24. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 25. | Emergency Care Health Organization | Unsecured |  | No Claim Filed |
| 26. | Direct Tv | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnston Jr, Thomas L  
Johnston, Darcell D  
Printed: 10/22/08

Case Number: 06 B 12658  
Judge: Wedoff, Eugene R  
Filed: 10/4/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Ivanhoe Dental Group Ltd | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | St James Hospital | Unsecured | | No Claim Filed |
| 30. | Reproductive Health Association | Unsecured | | No Claim Filed |
| 31. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| 32. | Richton Park Fire Dept | Unsecured | | No Claim Filed |
| 33. | Household Tax Masters | Unsecured | | No Claim Filed |
| 34. | Suburban Radiologist | Unsecured | | No Claim Filed |
| | | | $ 68,084.65 | $ 33,965.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 245.42 |
| 5.4% | 1,459.73 |
| 6.5% | 245.13 |
| | $ 1,950.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

